FILED
United States Court of Appeals
Tenth Circuit

November 14, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

W. CLARK APOSHIAN,

    Plaintiff - Appellant,

v.

MERRICK GARLAND, Attorney General of the United States of America; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, Director, Bureau of Alcohol Tobacco Firearms and Explosives; BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES,

    Defendants - Appellees.

No. 23-4141
(D.C. No. 2:19-CV-00037-JNP)
(D. Utah)

_____

**ORDER**
_____

This matter[1] is before the court on the parties' *Joint Motion to Place Appeal in Abeyance*.

On November 3, 2023, the United States Supreme Court granted certiorari in *Garland v. Cargill*, 57 F.4th 447 (5th Cir. 2023). *See Garland v. Cargill*, No. 22-976, 2023 U.S. LEXIS 4370 (Nov. 3, 2023). The parties request that this appeal be abated pending the Supreme Court's decision in *Cargill*. The parties assert that "[t]he Supreme

---

[1] The court substitutes Steven M. Dettelbach as the Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and corrects the caption in this appeal to read as above. *See* Fed. R. App. P. 43(c)(2).

Court's resolution of *Cargill* is highly likely to control the outcome of this appeal." The parties propose to "file statements regarding how this appeal should proceed within 30 days of the Supreme Court's decision [in *Cargill*]."

Upon consideration, the court grants the motion as set forth below. This appeal is abated pending a decision in *Cargill*. The deadline for appellant's opening brief and appendix is vacated. Within ten (10) days of the Supreme Court's decision in *Cargill*, the parties shall file a joint abated case status report that (1) informs this court of the decision in *Cargill*; (2) briefly describes how *Cargill* will affect this appeal (if the parties do not agree, each party's position on this point may be separately set forth); and (3) otherwise provides the parties' joint position on how this appeal should proceed (if the parties do not agree, each party's position on this point may be separately set forth).

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk