IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| W. CLARK APOSHIAN,<br><br>Appellant,<br><br>v.<br><br>MERRICK B. GARLAND, et al.<br><br>Appellees. | No. 23-4141 |

**JOINT ABATED CASE STATUS REPORT**

The parties respectfully submit this status report as directed by the Court's November 14, 2023 order.

1. This case is a challenge to a 2018 rule concluding that firearms accessories known as "bump stocks" are machineguns under Federal law. The district court granted judgment in the government's favor, and plaintiff appealed.

2. On November 3, 2023, the Supreme Court granted certiorari in *Garland v. Cargill*, No. 22-976, another case involving the validity of the 2018 rule. On joint motion of the parties, this Court placed this appeal in abeyance pending the Supreme Court's resolution of *Cargill* and directed the parties within 10 days of the Supreme Court's decision to "file a joint abated case status report that (1) informs this court of the decision in *Cargill*; (2) briefly describes how *Cargill* will affect this appeal (if the parties do not agree, each party's position on this point may be separately set forth);

and (3) otherwise provides the parties' joint position on how this appeal should proceed (if the parties do not agree, each party's position on this point may be separately set forth)." Order at 2 (Nov. 14, 2023).

3. On June 14, 2024, the Supreme Court issued its opinion in *Cargill*, holding that the Bureau of Alcohol, Tobacco, Firearms, and Explosives "exceeded its statutory authority by issuing a Rule that classifies bump stocks as machineguns." Op. 6. A copy of the Supreme Court's opinion is attached.

4. The parties have conferred and agree that in light of *Cargill* the appropriate course in this case is for this Court to vacate the district court's judgment in the government's favor and remand for the district court to enter a new judgment in plaintiff's favor and issue appropriate relief.

                                                Respectfully submitted,

/s/ *Sheng Li*                     MARK B. STERN
Sheng Li
New Civil Liberties Alliance      /s/ *Brad Hinshelwood*
1225 19th Street NW, Suite 450  BRAD HINSHELWOOD
Washington, DC 20036          (202) 514-7823
202-869-5210                          Attorneys, Appellate Staff
sheng.li@ncla.legal              Civil Division
                                      U.S. Department of Justice
                                      950 Pennsylvania Ave., N.W.
                                      Room 7256
                                      Washington, D.C. 20530

JUNE 2024

## COMBINED CERTIFICATES

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 287 words. This document was prepared using Microsoft Word 2013 in Garamond, 14-point font, a proportionally-spaced typeface.

No privacy redactions were required in this document. In addition, this motion was scanned for viruses using CrowdStrike Falcon Sensor, version 7.15.18511.0, and was found to be free of viruses.

*/s/ Brad Hinshelwood*
Brad Hinshelwood